# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

GAUTAM GAUTAM ,

**JUDGMENT IN A CIVIL CASE**

v.

CASE NO: **1:26–CV–02305–KES–HBK**

CHRISTOPHER CHESTNUT ,

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

**IT IS ORDERED AND ADJUDGED THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 04/16/2026 .**

ENTERED:  **April 16, 2026**      /s/  **Keith Holland**
                                       Clerk of Court